**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6020**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY LEE ADAMS, a/k/a Clown,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CR-94-248)

─────────────

Submitted:  April 29, 1999               Decided:  May 4, 1999

─────────────

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jerry Lee Adams, Appellant Pro Se.  Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lee Adams appeals from the district court's order denying his motion for resentencing. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Adams</u>, No. CR-94-248 (M.D.N.C. Dec. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>